IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:18-mj-00137 AC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| MARCOS ANTONIO ULLOA-DIAZ, | ) | |
| Defendant. | ) | |

The court appointed the Federal Defender to represent the defendant on August 9, 2018. The Federal Defender has determined this case should go to the panel. CJA Panel attorney Dina Santos is hereby appointed effective August 10, 2018, the date the Office of the Federal Defender contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 8/14/2018

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge